# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUKHRAB MAMATAKHUNOV** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 26-117 |
| | : | |
| **MICHAEL T. ROSE,** *et al.* | : | |

## ORDER

This 9th day of January, 2026, following initial review of Petitioner Sukhrab Mamatakhunov's Emergency Petition for Writ of Habeas Corpus (ECF 1), it is hereby **ORDERED** that Defendants shall answer the petition **no later than 5 p.m. on January 12, 2026**, or show cause why they were not able to answer within the time specified by this Order.

 /s/ Gerald Austin McHugh
United States District Judge